UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA MORALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>PETCO ANIMAL SUPPLIES, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-05793-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT** |

Plaintiff Francisca Moralez, by and through her counsel, has advised the Court that a settlement has been agreed upon in this matter.

Accordingly, this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel, that settlement has not in fact occurred by and including March 5, 2018, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings

**IT IS SO ORDERED.**

Dated: February 2, 2018



William H. Orrick
United States District Judge